**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 23-6597**

---

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

JAMIE M. HARGROVE,

        Defendant - Appellant.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Terrence W. Boyle, District Judge.  (5:11-cr-00249-BO-1)

---

Submitted:  February 27, 2024                     Decided:  March 1, 2024

---

Before WILKINSON, WYNN, and HARRIS, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Jamie M. Hargrove, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jamie M. Hargrove appeals the district court's order denying his motion for compassionate release. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *United States v. Hargrove*, No. 5:11-cr-00249-BO-1 (E.D.N.C. May 22, 2023); *Muth v. United States,* 1 F.3d 246, 250 (4th Cir. 1993) (holding that claims raised for the first time on appeal generally will not be considered, absent exceptional circumstances of plain error or fundamental miscarriage of justice). We deny Hargrove's motion to appoint counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2